IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICK HELLER, and HEATHER HELLER, his wife, and JUSTINE SHAW, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 20-1656 ) |
| v. | ) Judge Cathy Bissoon ) Magistrate Judge Lisa Pupo Lenihan |
| CHIEF WILLIAM HAMMERLE, *et. al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 30, 2021, the Magistrate Judge issued a Report (Doc. 25) recommending that Defendants' Motion to Dismiss (Doc. 16) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered: Defendant's Motion to Dismiss (**Doc. 16**) is **DENIED**; and the R&R is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

August 5, 2021

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record